**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

BEAU LEE DUBOIS                                                                 PLAINTIFF
ADC #153331

V.                            NO: 4:13CV00465 SWW/HDY

DAVID ROBERT WARE *et al.*                                       DEFENDANTS

## **ORDER**

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Plaintiff's motion to amend (docket entry #9), and his motion for a preliminary injunction (docket entry #10), are DENIED.

DATED this 1st day of October, 2013.

                                                       /s/Susan Webber Wright
                                                       UNITED STATES DISTRICT JUDGE