**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

BEAU  LEE DUBOIS                                                                             PLAINTIFF
ADC #153331

V.                                         NO: 4:13CV00465 SWW/HDY

DAVID ROBERT WARE *et al.*                                                       DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition

submitted  by  United States Magistrate Judge H. David Young.  No objections have been filed.

After careful consideration, the Court concludes that the Proposed Findings and Partial

Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this

Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Plaintiff's motion for summary judgment (docket

entry #19) is DENIED.

DATED this 10th day of October, 2013.


                                                                /s/Susan Webber Wright
                                                                UNITED   STATES   DISTRICT   JUDGE