**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

BEAU LEE DUBOIS                                                                                    PLAINTIFF
ADC #153331

V.                                          NO: 4:13CV00465 SWW/HDY

DAVID ROBERT WARE *et al.*                                                                DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young (ECF No. 15) and Plaintiff's objections (ECF No. 17). After careful consideration, and review of pertinent portions of the record, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Plaintiff's motion for an emergency injunction (ECF No. 14) is DENIED.

DATED this 1st day of November, 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE