**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

BEAU LEE DUBOIS                                                                                       PLAINTIFF
ADC #153331

V.                                       NO: 4:13CV00465 SWW

DAVID ROBERT WARE *et al.*                                                                  DEFENDANTS

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this with prejudice with respect to Plaintiff's claims against Defendant Alushia Robinson, and without prejudice in all other respects. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 17th day of June, 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE